Dobbins & Dobbins, Fred B. Hamill and Walter B. Riley, for plaintiffs in error. Little & Frinfrock, for defendants in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Chester McDaniel, plaintiff in error. Gen. No. 7,630.

Indictment for selling intoxicating liquors. Defendant convicted. Error to the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Wilber H. Hickman, for plaintiff in error. George W. Bristow, State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Delia Roe, appellee, v. Sarah E. Roe and William R. Roe, appellants. Gen. No. 7,633.

Wife's suit against parents-in-law for alienation. Judgment for plaintiff for $4,500. Appeal from the Circuit Court of Edgar county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

O'Hair & McClain and George B. Gillespie, for appellants. George M. Gillespie and Thomas E. Gillespie, of counsel. Stewart W. Kincaid and James G. Allen, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

National Loan Company, appellant, v. Oscar M. Jones et al., appellees. Gen. No. 7,636.

Action in replevin and trover, based on chattel mortgage. Judgment for defendants. Appeal from the County Court of McLean county; the Hon. William C. Radliff, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

C. B. Hughes, for appellant. Homer English, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

H. M. Griswold and H. E. Clayton, appellants, v. Peter Sattler and Freda Sattler, appellees. Gen. No. 7,642.

Replevin for household goods sold on instalment plan. Judgment for defendants. Appeal from the County Court of Sangamon county; the Hon. Eugene E. Bone, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Ed D. Henry, for appellants. Carey E. Barnes, for appelles; S. H. Cummins, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

---

A. D. Arnold, appellee, v. Lewis N. Willson, appellant. Gen. No. 7,648.

Suit for value of two horses killed by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the

October term, 1923. Reversed and remanded. Opinion filed January 10, 1924.

Carl E. Robinson and William T. Wilson, for appellant. Walter W. Wright, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Helen McDaniels, appellee, v. S. J. Huntley, appellant. Gen. No. 7,654.

Action for damages to automobile by collision. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Alonzo Hoff, for appellant. William E. Fain, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.